# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PRESTON G. DEMOUCHETTE, JR.

NO.   2020 KW 0236

**MAY 1 2 2020**

---

In Re:   Preston G. Demouchette, Jr., applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 89,969

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT APPLICATION TRANSFERRED** to the Louisiana Supreme Court, which has "exclusive supervisory jurisdiction of all criminal writ applications . . . relating to convictions and sentences imposed prior to July 1, 1982." La. Const. art. V, § 5(E).

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT